J. B. McCANDLESS, Commissioner of Immigration, Appellant, v. UNITED STATES ex rel. Theodore KLOREN, Appellee. SAME v. UNITED STATES ex rel. Ernst ROLLMAN, Appellee. SAME v. UNITED STATES ex rel. Hugo BUSE, Appellee. SAME v. UNITED STATES ex rel. Fritz ROCKER, Appellee. SAME v. UNITED STATES ex rel. Ernst ROCKER, Jr., Appellee.

Circuit Court of Appeals, Third Circuit. March 14, 1929.

Nos. 3842, 3844, 3845, 3846, and 3847.

Charles Denby, Jr., of Philadelphia, Pa., for appellant.

Francis Shunk Brown, of Philadelphia, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. Pursuant to stipulation filed in this court to the effect that disposition of the appeals in the above-entitled cases is to be governed by the decision of this court in the case of McCandless, Commissioner of Immigration, v. United States ex rel. Ernst Rocker (No. 3843) 30 F.(2d) 652, which opinion was filed on January 29, 1929, it is, in conformity with the said opinion, hereby directed that the decrees in the cases captioned above be affirmed.

Samuel McFARLAND, Appellant, v. B. F. GOODRICH RUBBER CO. et al. Appellees.

Circuit Court of Appeals, Eighth Circuit. March 21, 1929.

No. 8562.

Mosman, Rogers & Buzard, of Kansas City, Mo., for appellant.

McCune, Caldwell & Downing, of Kansas City, Mo., for appellees.

PER CURIAM. Extension of time to file transcript denied, and cause docketed and dismissed, on motion of appellee, under rule 16.

John J. McKENNA, Plaintiff-Appellant, v. Charles W. ANDERSON, as Collector, etc., Defendant-Appellee. *

Circuit Court of Appeals, Second Circuit. April 15, 1929.

No. 356.

Louis Marshall, of New York City, for appellant.

Samuel C. Coleman, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Affirmed in open court, upon authority of Alexander Theatre Ticket Office v. U. S., 23 F.(2d) 44.

*Certiorari denied 49 S. Ct. 482, 73 L. Ed. ——.